ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

KATIRIA ARRIAGA o/b/o          :
ANDREW GUERRERO,               :
                               :
          Plaintiff,           :
                               :
     - v. -                    :
                               :      STIPULATION AND ORDER
MICHAEL J. ASTRUE,             :      08 Civ. 5890 (NRB)
Commissioner of                :
Social Security,               :
                               :
          Defendant.           :
                               :
- - - - - - - - - - - - - - - - x

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff *pro se*, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from September 15, 2008 to and including November 14, 2008.  This extension is requested

because the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated:  New York, New York
        August 18, 2008

*Katiria Arriaga*
KATIRIA ARRIAGA o/b/o
ANDREW GUERRERO
Plaintiff pro se
480 Concord Avenue
  Apt.#1D
Bronx, New York  10455
Telephone No.: (347) 879-6609

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED:

*Naomi Reice Buchwald*
UNITED STATES DISTRICT JUDGE
9/3/08